FILED



AUG 31 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NARUTO, a Crested Macaque, by and through his Next Friends, People for the Ethical Treatment of Animals, Inc., | No. 16-15469 |
| Plaintiff-Appellant, | D.C. No. 3:15-cv-04324-WHO Northern District of California, San Francisco |
| v. | |
| DAVID JOHN SLATER; BLURB, INC., a Delaware corporation; WILDLIFE PERSONALITIES, LTD., a United Kingdom private limited company, | ORDER |
| Defendants-Appellees. | |

Before: BEA and N.R. SMITH, Circuit Judges, and ROBRENO,* District Judge.

A judge of the court sua sponte requested a vote on whether to rehear this case en banc. A vote was taken, and the matter failed to receive a majority of the votes of the non-recused active judges in favor of en banc consideration. *See* Fed. R. App. P. 35(f). Rehearing en banc is DENIED.

---

&ast; The Honorable Eduardo C. Robreno, United States District Judge for the Eastern District of Pennsylvania, sitting by designation.